```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
  SERVANDO FRANCISCO,                                      :
                                                           :
                            Plaintiff,                     :
                                                           :       21-cv-5165 (VSB)
                   -against-                               :
                                                           :           ORDER
                                                           :
  HAN-BAE CORP., et al.,                                   :
                                                           :
                            Defendants.                    :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On April 22, 2022, the parties in this case submitted a joint letter notifying me they had reached a settlement. (Doc. 30.) On April 25, 2022, I ordered the parties to provide me with the terms of the settlement in order to ensure that, in compliance with the Fair Labor Standards Act, they are fair and reflect a reasonable compromise of disputed issues. (Doc. 31.) The parties' response regarding the terms of the settlement is due on or before May 25, 2022. (*See id.*) There is currently a post-discovery conference scheduled in this matter for May 11, 2022 at 3:30 p.m. Accordingly, it is hereby:

ORDERED that the post-discovery conference scheduled for May 11, 2022 and all other deadlines in this case are adjourned *sine die*.

SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge